**KIVALINA RELOCATION PLANNING COMMITTEE, Plaintiff— Appellant,**

v.

**TECK COMINCO ALASKA INCORPORATED, Defendant—Appellee,**

**Northwest Arctic Borough; et al., Defendant–Intervenors— Appellees.**

No. 04–35206.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 11, 2005.

Decided Aug. 15, 2005.

Brent J. Newell, Esq., Luke W. Cole, Caroline Farrell, Esq., Center on Race,

Poverty and the Environment, San Francisco, CA, for Plaintiff–Appellant.

Lawrence Hartig, Anchorage, AK, for Defendant–Appellee.

Heidi P. Stern, Esq., Beckley Singleton, Chtd., Daniel F. Polsenberg, Esq., Las Vegas, NV, Sean Halloran, Esq., Hartig Rhodes Hoge & Lekisch, Anchorage, AK, David S. Case, Esq., Copeland, Landye, Bennett & Wolf, Anchorage, AK, James E. Torgerson, Heller Ehrman White & McAuliffe LLP, Anchorage, AK, for Defendant–Intervenor–Appellee.

Before: GOODWIN, BRUNETTI, and W. FLETCHER, Circuit Judges.

MEMORANDUM *

Kivalina Relocation Planning Committee (KRPC) appeals the district court's denial of its Rule 59(e) and Rule 15(a) motions. For the reasons stated by the district court, we AFFIRM.

We DENY KRPC's Rule 21 motion, as well as KRPC's Motion to Strike Motion by Northwest Arctic Borough to Dismiss Appeal and to strike NAB as a party to the Appellees' brief.

**AFFIRMED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts

---

of this circuit except as provided by Ninth Circuit Rule 36–3.